UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                            HON. ROBERT H. CLELAND
                            Case No. 3:21-CR-20284

vs.

QUANTAS EDMOND,

        Defendant.
_____/

MICHAEL TAYLOR
U.S. Department of Justice
211 W. Fort St.
Suite 2001
Detroit, MI 48116
(313) 226-9516
Email: ann.nee@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

SANFORD SCHULMAN
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

<u>APPEARANCE OF COUNSEL ON BEHALF OF QUANTAS EDMOND</u>

Please take notice that Stefanie Lambert Junttila is appearing as counsel for Defendant Quantas Edmond.

                                              Respectfully submitted,

                                              /s/STEFANIE LAMBERT JUNTTILA
                                              Stefanie Lambert Junttila, P71303
                                                    QUANTAS EDMOND
                                              500 Griswold Street, Ste. 2340
                                              Detroit, MI 48226
                                              (313) 963-4740

Date: August 13, 2021


## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Assistant United States Attorney Ann Nee.

                                              /s/STEFANIE LAMBERT JUNTTILA
                                              Stefanie Lambert Junttila, P71303
                                                    QUANTAS EDMOND
                                              500 Griswold Street, Ste. 2340
                                              Detroit, MI 48226
                                              (313) 963-4740

Date: August 13, 2021